1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| RAFAEL MOLINA, | ) Case No. CV 11-08165 JCG |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

19
20          IT IS ADJUDGED that the decision of the Commissioner of the Social
21   Security Administration is **AFFIRMED**.
22
23   DATED: August 23, 2012
24
25   _____
26                     Hon. Jay C. Gandhi
27                     United States Magistrate Judge
28